**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JAY PAUL DERATANY, individually, and as agent of JAY PAUL DERATANY & ASSOC., LTD., an Illinois Professional Corporation, Plaintiff, vs. DELL FINANCIAL SERVICES, a Texas Corporation, and LTD. FINANCIAL SERVICES, L.P., a Texas Corporation, individually and as agent of DELL, Defendants. | FILED: JUNE 11, 2008<br>08CV3372<br>JUDGE SHADUR<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dell Financial Services                                PH

| NAME (Type or print) |
|---|
| David E. Chizewer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David E. Chizewer |
| FIRM |
| Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. |
| STREET ADDRESS |
| 55 E. Monroe Street, Suite 3300 |
| CITY/STATE/ZIP |
| Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06206747 | (312) 201-4000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐