## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JAY PAUL DERATANY, individually, and as agent of JAY PAUL DERATANY & ASSOC., LTD., an Illinois Professional Corporation, ) ) ) ) ) | FILED: JUNE 11, 2008<br>08CV3372<br>JUDGE SHADUR<br>MAGISTRATE JUDGE COLE |
| Plaintiff, ) ) | PH |
| vs. ) ) | No. |
| DELL FINANCIAL SERVICES, a Texas Corporation, and LTD. FINANCIAL SERVICES, L.P., a Texas Corporation, individually and as agent of DELL, ) ) ) ) ) | |
| Defendant. ) | |

### DEFENDANT DELL FINANCIAL SERVICES
### NOTIFICATION AS TO AFFILIATES

Defendant Dell Financial Services ("DFS"), by its undersigned counsel, hereby files its Notification as to Affiliates, as required by Local Rule 3.2 of the United States District Court for the Northern District of Illinois. DFS states as follows:

### DISCLOSURE

Dell Financial Services, a non-governmental party, is owned either directly or indirectly and is controlled by Dell, Inc., a publicly-traded corporation listed on the New York Stock Exchange.

-2-

        Respectfully submitted,

        DELL FINANCIAL SERVICES

        By  <u>/s/ Mary E. Anderson</u>
            One of Its Attorneys

David J. Chizewer
Mary E. Anderson
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000