IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAY PAUL DERATANY, individually, and as agent of JAY PAUL DERATANY & ASSOC., LTD., an Illinois Professional Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>DELL FINANCIAL SERVICES, a Texas Corporation, and LTD. FINANCIAL SERVICES, L.P., a Texas Corporation, individually and as agent of DELL,<br><br>  Defendant. | No. 08 CV 3372<br><br>Judge Milton I. Shadur |

### NOTICE OF MOTION

To:  Jay Paul Deratany            Justin M. Penn
     Jay Paul Deratany & Associates, Ltd.   HINSHAW & CULBERTSON LLP
     77 West Washington Street     222 N. LaSalle
     Suite 1300                    Suite 300
     Chicago, IL 60602             Chicago, Illinois 60601

PLEASE TAKE NOTICE that on June 17, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Milton I. Shadur in Courtroom 2303, U.S. District Court, Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Bldg., 219 South Dearborn, Chicago, Illinois, and then and there present **Defendant Dell Financial Services' Motion to Extend Time to Answer or Otherwise Plead,** a copy of which is attached hereto.

Respectfully submitted,

DELL FINANCIAL SERVICES,

By:  /s/ Mary E. Anderson
     One of Its Attorneys

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 13, 2008, she caused a true and correct copy of the foregoing **Defendant Dell Financial Services' Motion to Extend Time to Answer or Otherwise Plead** to be served via Messenger delivery upon:

Jay Paul Deratany  
Jay Paul Deratany & Associates, Ltd.  
77 West Washington Street  
Suite 1300  
Chicago, IL 60602

Justin M. Penn  
HINSHAW & CULBERTSON LLP  
222 N. LaSalle  
Suite 300  
Chicago, Illinois 60601

/s/ Mary E. Anderson  
Mary E. Anderson