## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| Jay Paul Deratany, individually, and as agent of Jay Paul Deratany & Assoc., Ltd., an Illinois Professional Corporation,<br>Plaintiff, | Case No.: 08CV3372 |
| v. | Judge Shadur |
| Dell Financial Services, a Texas Corporation; and LTD Financial Services, L.P., a Texas Corporation, individually and as agent of Dell,<br>Defendant. | Magistrate Judge Cole |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
LTD Financial Services, L.P.

| |
|---|
| NAME: Stephen D. Vernon |
| SIGNATURE: s/ *Stephen D. Vernon* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6288676 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

6329776v1 889674

## CERTIFICATE OF SERVICE

  I hereby certify that on **June 13, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                   HINSHAW & CULBERTSON LLP

| | |
|---|---|
| Stephen D. Vernon<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – fax<br>svernon@hinshawlaw.com | s/ *Stephen D. Vernon*<br>Stephen D. Vernon |

6329776v1 889674