IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAY PAUL DERATANY, individually, and as agent for JAY PAUL DERATANY & ASSOC., LTD, a Illinois Corporation,<br><br>                Plaintiffs,<br>v.<br><br>DELL FINANCIAL SERVICES, a Texas Corporation, and LTD FINANCIAL SERVICES, L.P., a Texas Corporation, individually and as agent of DELL,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)    No. 08 CV 3372<br>)<br>)    Judge Shadur<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION FOR ENLARGEMENT OF TIME**

TO:   Jay Paul Derantany
        Jay Paul Deratany & Associates, Ltd.
        jaypaulderatany@aol.com

David Joel Chizewer
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd.
david.chizewer@goldbergkohn.com

Mary Anderson
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd.
mary.anderson@goldbergkohn.com

PLEASE TAKE NOTICE that on Friday, June 20, 2008 at 9:15 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Milton I. Shadur or any judge sitting in his stead, in Courtroom 2303 at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion For Enlargement of Time, a copy of which are hereby served upon you.

                                  LTD FINANCIAL SERVICES, L.P.

                                  By:*s/Stephen D. Vernon*
                                      One of Its Attorneys

David M. Schultz
Stephen D. Vernon
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000
312-704-3001
dschultz@hinshawlaw.com
svernon@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, a non-attorney, certify that I caused to be filed this Notice and the documents referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on or before 5:00 p.m. on June 16, 2008.

                                            By: /s/*Peggy A. Michael*