## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Jay Paul Deratany, et al.
                              Plaintiff,

v.                                          Case No.: 1:08−cv−03372
                                            Honorable Milton I. Shadur

Dell Financial Services, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, June 17, 2008:


MINUTE entry before the Honorable Milton I. Shadur:Motion for extension of time to answer or otherwise plead is granted to July 16, 2008. [8] [12] Motion hearing held on 6/17/2008 regarding extension of time[8], extension of time[12] Status hearing set for 7/18/2008 at 09:00 AM.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.