**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08 CV 3372

JAY PAUL DERATANY, individually, and as agent of
JAY PAUL DERATANY & ASSOC., LTD., an Illinois
Professional Corporation,

-V-

DELL FINANCIAL SERVICES, et al.

APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAY PAUL DERATANY, individually, and as agent of
JAY PAUL DERATANY & ASSOC., LTD., an Illinois
Professional Corporation,

| |
|---|
| NAME (Type or print)<br>JAY PAUL DERATANY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/ JAY PAUL DERATANY |
| FIRM<br>JAY PAUL DERATANY & ASSOCIATES, LTD. |
| STREET ADDRESS<br>77 WEST WASHINGTON STREET, SUITE 1300 |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6197097 | TELEPHONE NUMBER<br>(312) 857-7285 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]    NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X]    NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]    NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES [X]   NO [ ] | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL [ ]          APPOINTED COUNSEL [ ] | |