IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAY PAUL DERATANY, individually, and as agent of JAY PAUL DERATANY & ASSOC., LTD., an Illinois Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DELL FINANCIAL SERVICES, a Texas Corporation, and LTD. FINANCIAL SERVICES, L.P., a Texas Corporation, individually and as agent of DELL,<br><br>Defendant. | No. 08 CV 3372<br><br>Judge Milton I. Shadur |

## NOTICE OF MOTION

To: Jay Paul Deratany
    Jay Paul Deratany & Associates, Ltd.
    77 West Washington Street
    Suite 1300
    Chicago, IL 60602

David M. Schultz
HINSHAW & CULBERTSON LLP
222 N. LaSalle
Suite 300
Chicago, Illinois 60601

    PLEASE TAKE NOTICE that on July 14, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Milton I. Shadur in Courtroom 2303, U.S. District Court, Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Bldg., 219 South Dearborn, Chicago, Illinois, and then and there present **Defendants' Motion for Settlement Conference and to Extend Time to Respond,** a copy of which is attached hereto.

    Respectfully submitted,

    DELL FINANCIAL SERVICES,

    By: /s/ Mary E. Anderson
        One of Its Attorneys

David J. Chizewer
Mary E. Anderson
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000