UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jay Paul Deratany, et al.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−03372
                                                Honorable Milton I. Shadur

Dell Financial Services, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

MINUTE entry before the Honorable Milton I. Shadur:Motion for extension of time [16] is granted. Motion to refer to Magistrate Judge [16] is granted. Motion hearing held on 7/14/2008 regarding extension of time,, motion for miscellaneous relief. Status hearing set for 9/5/2008 at 09:00 AM. The July 18 status hearing is vacated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.