## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jay Paul Deratany, et al.

         Plaintiff,

v.                  Case No.: 1:08−cv−03372
                    Honorable Milton I. Shadur

Dell Financial Services, et al.

         Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: settlement conference.(srn, )Mailed notice.

Dated: July 14, 2008

                          /s/ Milton I. Shadur

                          United States District Judge