## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3372 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Deratany vs. LTD Financial Services | | |

**DOCKET ENTRY TEXT**

Previously scheduled status hearing held. Jay Paul Deratany failed to appear or call. He is ordered personally to appear on 7/22/08 at 8:30 a.m. for continued status hearing. Plaintiff is ordered to respond in writing to the July 8, 2008 outstanding settlement demand by 5:00 p.m. on 7/23/08. This appears to be the third nonappearance by the plaintiff - the previous two being occurred before Judge Shadur. The defendants, may if they choose, file an application for the fees and costs incurred in connection with today's status hearing.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|