## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3372 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Deratany vs. LTD Financial Services | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's motion to partially vacate the July 21, 2008 Court Order [22] is granted. The order is vacated in its entirety except for that portion that set a status for July 22, 2008.

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | CDH |
|---|---|---|