## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3372 | **DATE** | 8/4/2008 |
| **CASE TITLE** | Deratany et al v. LTD Financial Services LP | | |

**DOCKET ENTRY TEXT**

Parties notify the court the case is settled. Status hearing set for 8/5/08 is stricken. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|