IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAY PAUL DERATANY, individually, and as agent of JAY PAUL DERATANY & ASSOC., LTD., an Illinois Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DELL FINANCIAL SERVICES, a Texas Corporation, and LTD. FINANCIAL SERVICES, L.P., a Texas Corporation, individually and as agent of DELL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 08 CV 3372<br>)<br>)  Judge Milton I. Shadur<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AGAINST DEFENDANTS DELL FINANCIAL SERVICES, LLC AND LTD. FINANICAL SERVICES, L.P.

Plaintiff Jay Paul Deratany, individually and as an agent of Jay Paul Deratany & Associates, Ltd. ("Plaintiff") hereby moves to dismiss with prejudice the complaint against Dell Financial Services, LLC and Ltd. Financial Services, L.P. (collectively, the "Defendants"), without costs or attorneys' fees. In support thereof, Plaintiff states as follows:

1. A compromise and settlement has been achieved among Plaintiff and Defendants that fully resolves all outstanding issues and claims among the parties.

WHEREFORE, Plaintiff respectfully moves to dismiss with prejudice the complaint against the Defendants and without costs or attorneys' fees to any party.

Dated: August 21, 2008        Respectfully submitted,

           JAY PAUL DERATANY,
           individually and on behalf of JAY PAUL
           DERATANY & ASSOCIATES, LTD.


          By: \_/s/ Jay Paul Deratany_____
             One of Its Attorneys

Jay Paul Deratany
Jay Paul Deratany & Associates, Ltd.
77 West Washington Street
Suite 1300
Chicago, IL 60602

Copy to:

<u>Counsel for Dell Financial Services, LLC</u>
David J. Chizewer
Mary E. Anderson
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000

<u>Counsel for LTD. Financial Services, L.P.</u>
David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601